IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 31 2022**

**JEFFREY P. COLWELL**
**CLERK**

Civil Action No. _____

(To be supplied by the court)

SWAIN CLARKE _____, Plaintiff

v.

B. BICKLE, CORRECTIONS OFFICER,

AT U.S.P. FLORENCE IN HIS,

INDIVIDUAL CAPACITY; AND,

UNITED STATES OF AMERICA _____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

SWAIN CLARKE #59134-037, U.S.P. ATWATER P.O.BOX 019001

(Name, prisoner identification number, and complete mailing address)

ATWATER, CA 95301

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
✔    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    B. BICKLE, SENIOR CORRECTIONAL OFFICER, 5880

(Name, job title, and complete mailing address)

STATE HWY 67 S, P.O. BOX 7500, FLORENCE, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (*check one*). Briefly explain:

INCIDENT OCCURED AT A FEDERAL PRISON WHERE DEFENDANT WAS WORKING AS A FEDERAL EMPLOYEE.

Defendant 1 is being sued in his/her ✔ individual and/or ___ official capacity.

Defendant 2: **UNITED STATES OF AMERICA**
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

INCIDENT OCCURED AT A FEDERAL PRISON WHERE DEFENDANT WAS WORKING AS A FEDERAL EMPLOYEE.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

✓ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓ Other: (*please identify*) FEDERAL TORT CLAIMS ACT (DEFENDANT 2)

3

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: "SEE ATTACHED PAGES 1 THROUGH 11"

Supporting facts:

( SEE ATTACHED PAGES 1 THROUGH 11 )

4

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ____ Yes  ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    N/A

Docket number and court:    N/A

Claims raised:    N/A

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    N/A

Reasons for dismissal, if dismissed:    N/A

Result on appeal, if appealed:    N/A

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ____ No (*check one*)

Did you exhaust administrative remedies?

   ✓ Yes ____ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

( SEE ATTACHED PAGES 10 THROUGH 11 )

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Dwain Clarke* #59134-037
(Plaintiff's signature)

MAY 27, 2022
(Date)

(Form Revised December 2017)

ATTACHMENT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SWAIN CLARKE,

      PLAINTIFF                 CIVIL ACTION NO.

        V.                      COMPLAINT

B. BICKLE, CORRECTIONS OFFICER
AT UNITED STATES PENITENTIARY FLORENCE,
IN HIS INDIVIDUAL CAPACITY; AND
UNITED STATES OF AMERICA

      DEFENDANTS.

## I. JURISDICTION AND VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY BIVENS V. SIX UNKNOWN NAMED AGENTS OF FEDERAL BUREAU OF NARCOTICS, 403 U.S. 388, 396-97, 91 S.Ct. 1999, 29 L. Ed. 2d 619 (1971) TO REDRESS THE DEPRIVATION, UNDER COLOR OF FEDERAL LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331. AND 28 U.S.C. SECTION 1346(b) AND 2671-2680, 2680(h) THE FEDERAL TORT CLAIMS ACT.

2. THE DISTRICT OF COLORADO IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURED.

## II. PLAINTIFF

3. PLAINTIFF SWAIN CLARKE IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE UNITED STATES PENITENTIARY FLORENCE IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS. HE IS CURRENTLY

ATTACHMENT 2

D. STATEMENT OF CLAIMS

HOUSED AND CONFINED IN UNITED STATES PENITENTIARY ATWATER IN ATWATER, CALIFORNIA.

## III. DEFENDANTS

4. DEFENDANT B. BICKLE IS A SENIOR CORRECTIONAL OFFICER OF THE FEDERAL BUREAU OF PRISONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK SENIOR OFFICER AND WAS ASSIGNED TO UNITED STATES PENITENTIARY FLORENCE, IN FLORENCE, COLORADO.

5. DEFENDANT B. BICKLE IS SUED INDIVIDUALLY AND IN HIS INDIVIDUAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANT B. BICKLE ACTED UNDER THE COLOR OF FEDERAL LAW.

6. DEFENDANT UNITED STATES OF AMERICA IS SUED UNDER THE FEDERAL TORT CLAIMS ACT FOR ASSAULT, BATTERY, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY LAW ENFORCEMENT OFFICERS OF THE UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS.

7. DEFENDANT B. BICKLE WAS, AT ALL RELEVENT TIMES, AN EMPLOYEE AND OFFICER OF THE UNITED STATES FEDERAL BUREAU OF PRISONS, DEPARTMENT OF JUSTICE, AN AGENCY OF THE UNITED STATES OF AMERICA.

## IV. FACTS

8. ON AUGUST 16, 2021 AT APPROXIMATELY 08:40 AM IN THE SPECIAL HOUSING UNIT (SHU) AT U.S.P. FLORENCE, PLAINTIFF SWAIN CLARKE WAS BEING ESCORTED TO OUTSIDE RECREATION FROM HIS CELL BY DEFENDANT SENIOR OFFICER B. BICKLE, WHILE IN HANDS RESTRAINTS. (HAND CUFFS)

9. AS PLAINTIFF SWAIN CLARKE CAME INTO THE OUTSIDE

ATTACHMENT 3

D. STATEMENT OF CLAIMS

RECREATION AREA WITH DEFENDANT B. BICKLE, DEFENDANT SAID TO PLAINTIFF, "GET DOWN YOU NIGGER!" THEN DEFENDANT B. BICKLE IMMEDIATELY SLAMMED PLAINTIFF TO THE CONCREATE.

10. THIS EXCESSIVE, UNREASONABLE, AND UNJUSTIFIED FORCE DISPLAYED BY SENIOR OFFICER B. BICKLE, CAUSED PLAINTIFF TO HIT HIS HEAD WITH BLUNT FORCE WHICH RESULTED IN HEAD AND FACIAL INJURIES.

11. DEFENDANT SENIOR OFFICER B. BICKLE THEN PLACED HIS KNEE ON PLAINTIFF'S BACK SUBDUING HIM UNTIL OTHER S.H.U. OFFICERS ARRIVED ON THE SCENE.

12. ONCE RESPONDING S.H.U. OFFICERS ARRIVED, OFFICERS PICKED THE PLAINTIFF UP OFF OF THE CONCRETE, BENT HIS BODY IN A 45 DEGREE ANGLE WITH HANDS PRESSING HIS HEAD DOWN, ORDERED PLAINTIFF TO WALK BACKWARDS INTO A HOLDING CELL.

13. BLOOD WAS LEAKING FROM THE PLAINTIFF'S BOTTOM LIP FROM THE MOMENT PLAINTIFF WAS PICKED UP OFF OF THE CONCRETE UNTIL HE WAS ASSESSED BY THE PRISON MEDICAL STAFF PROVIDER: McCULLOUGH, MICHAEL RN ON AUGUST 16, 2021 AT 09:08 AM   (EXHIBIT "A" (PAGE 1-4)

14. UPON THE MEDICAL STAFF PROVIDER'S ASSESSMENT, HE DISCOVERED TWO LACERATIONS BLEEDING ON PLAINTIFF SWAIN CLARKE'S BOTTOM LIP. MEDICAL STAFF PROVIDER McCULLOUGH CLEANSED THE WOUNDS WITH SOAP AND WATER AND PROVIDED GAUZE AND ANTIBIOTIC OINTMENT. (EXHIBIT "A" (PAGE 2-3)

15. MEDICAL STAFF PROVIDER McCULLOUGH NOTIFIED PLAINTIFF TO FOLLOW UP AT SICK CALL AS NEEDED IF ANYTHING ELSE MANIFEST. (EXHIBIT "A" PAGE 3)

ATTACHMENT 4

D. STATEMENT OF CLAIMS

16. PLAINTIFF SWAIN CLARKE'S LACERATIONS HEALED COMPLETELY AFTER APPROXIMATELY 21 DAYS.

17. THAT SAME DAY AT APPROXIMATELY 01:45 PM PLAINTIFF WAS DELIVERED AN INCIDENT REPORT BY S.H.U. L.T. RUNDQUIST FOR VIOLATING A PROHIBITED ACT WRITTEN BY DEFENDANT SENIOR OFFICER B. BICKLE. (EXHIBIT "B")

18. IN THAT INCIDENT REPORT DEFENDANT B. BICKLE STATED THE ALLEGED "DESCRIPTION OF INCIDENT" THAT LED TO HIS JUSTIFICATION OF HIS REASON FOR USE OF EXCESSIVE FORCE. (EXHIBIT "B")

19. ON AUGUST 17, 2021, UNIT DISCIPLINE COMMITTEE (U.D.C.) COUNSELOR R. MANN CAME TO PLAINTIFF'S CELL IN THE S.H.U. TO READ HIM HIS RIGHTS TO A DISCIPLINE HEARING OFFICER (D.H.O.) HEARING.

20. WHEN U.D.C. COUNSELOR R. MANN ASKED PLAINTIFF, "DO YOU HAVE ANY COMMENTS?" PLAINTIFF STATED, "REVIEW THE S.H.U. CAMERA FROM YESTERDAY. WHAT SENIOR OFFICER BICKLE WROTE IN THAT INCIDENT REPORT IS FALSE AND AN ABSOLUTE LIE."

21. U.D.C. COUNSELOR R. MANN STOPPED THE U.D.C. PROCESS RIGHT THEN AND THERE TO GO AND REVIEW THE S.H.U. CAMERA OF THE ALLEGED PROHIBITED ACT WRITTEN BY DEFENDANT SENIOR OFFICER B. BICKLE.

22. ON AUGUST 18th, 2021 UNIT DISCIPLINE COMMITTEE (U.D.C.) COUNSELOR R. MANN RETURNED TO PLAINTIFF'S CELL TO CONTINUE AND COMPLETE THE U.D.C. PROCESS. HE INFORMED PLAINTIFF THAT AFTER REVIEWING THE SHU CAMERA FOOTAGE OF THE AUGUST 16, 2021 USE OF FORCE INCIDENT, U.D.C. AND L.T. SHU L.T. RUNDQUIST HAS RECOMMENDED TO D.H.O. BANUELOS TO EXPUNGE DEFENDANT SENIOR

ATTACHMENT 5

D. STATEMENT OF CLAIMS

OFFICER B. BICKLE'S INCIDENT REPORT.

23. ON AUGUST 19, 2021 D.H.O. BANUELOS EXPUNGED THE INCIDENT REPORT. FINDING THAT NO PROHIBITED ACT WAS COMMITTED. (EXHIBIT "C" (PAGES 1-3) (PAGE 2)

24. DEFENDANT SENIOR OFFICER B. BICKLE'S INCIDENT REPORT BEING EXPUNGED BY THE D.H.O. BANUELOS, IS PROOF THAT DEFENDANT'S USE OF FORCE WAS UNNECESSARY, EXCESSIVE, UNREASONABLE, AND UNJUSTIFIED. IT WAS NOT APPLIED IN A GOOD FAITH EFFORT TO MAINTAIN OR RESTORE DISCIPLINE. (EXHIBIT "C" (PAGES 2-3)

25. DEFENDANT SENIOR OFFICER B. BICKLE USED EXCESSIVE USE OF FORCE TO MALICIOUSLY AND SADISTICALLY CAUSE HARM. HIS STATE OF MIND IS RESPONSIBLE FOR THE UNNECESSARY AND WANTON INFLICTION OF PAIN TO PLAINTIFF SWAIN CLARKE.

26. A WEEK AFTER, PLAINTIFF SUSTAINED THE EXCESSIVE USE OF FORCE HEAD AND FACIAL INJURIES, THE PLAINTIFF SUBMITTED SICK CALLS TO THE PRISON HEALTH SERVICES COMPLAINING OF SEVERE HEADACHES AND MIGRAINES.

27. ON AUGUST 30, 2021 PLAINTIFF WAS UNRESPONSIVE IN HIS CELL AFTER EXPERIENCING SEVERE HEADACHES WHILE URINATING. A MEDICAL ASSESSMENT WAS CONDUCTED ONCE PLAINTIFF REGAINED CONSCIOUSNESS. (EXHIBIT

28. PLAINTIFF INFORMED MEDICAL PROVIDER: BAYER, S PA-C OF RECENT HEADACHES DUE TO THE EXCESSIVE USE OF FORCE COMMITTED BY DEFENDANT.

29. MEDICAL PROVIDER BAYER PRESCRIBED PLAINTIFF, 600 MG IBUPROFEN TABLETS FOR HEADACHE PAIN AND SUFFERING. HE ALSO ORDERED PLAINTIFF, TO REPORT TO MEDICAL OR C.O.

ATTACHMENT 6

D. STATEMENT OF CLAIMS

IF SYMPTOMS CONTINUE OR WORSEN. HE ALSO SCHEDULED PLAINTIFF FOR SICK CALL TO DISCUSS HEADACHE. (EXHIBIT

30. ON SEPTEMBER 30, 2021 A FOLLOW UP ENCOUNTER WAS CONDUCTED BY MEDICAL PROVIDER: DUNSON, BRADLEY D.MS. PLAINTIFF EXPLAINED TO MEDICAL PROVIDER THE PHYSICAL AND EMOTIONAL DISTRESS THAT HAS COME UPON HIM SINCE THE AUGUST 16, 2021 EXCESSIVE USE OF FORCE INCIDENT. (EXHIBIT

31. AFTER MEDICAL PROVIDER DUNSON'S ASSESSMENT, IT WAS DIAGNOSED THAT PLAINTIFF WAS SUFFERING FROM POSTCONCUSSIONAL SYNDROME AND WAS PRESCRIBED 25MG AMITRIPTYLINE TABLETS FOR HIS PAIN AND SUFFERING. (EXHIBIT

32. MEDICAL PROVIDER DUNSON'S ASSESSMENT ALSO DIAGNOSED PLAINTIFF WITH HEADACHES AND PRESCRIBED 6MG/0.5ML SUMATRIPTAN INJECTIONS FOR PAIN AND SUFFERING. MEDICAL PROVIDER DUNSON ORDERED TO FOLLOW UP AT SICK CALL AS NEEDED AS WELL. (EXHIBIT

33. ON FEBRUARY 22, 2022 A CHRONIC CARE ENCOUNTER WAS CONDUCTED BY MEDICAL PROVIDER: GIRON, LEONARDO MD. PLAINTIFF EXPLAINED TO MEDICAL PROVIDER GIRON THE CONTINUIOUS PHYSICAL AND EMOTIONAL DISTRESS THAT HAS CONTINUALLY COME UPON HIM SINCE THE AUGUST 16, 2021 EXCESSIVE USE OF FORCE INCIDENT. (EXHIBIT

34. AFTER MEDICAL PROVIDER GIRON'S ASSESSMENT, IT WAS DIAGNOSED THAT PLAINTIFF IS SUFFERING MAJOR DEPRESSIVE DISORDER AND ANXIETY DISORDER AND IS CURRENTLY PRESCRIBED 20MG FLUOXETINE HCI CAPSULES FOR PSYCHIATRIC EMOTIONAL DISTRESS. (EXHIBIT

ATTACHMENT 7

D. STATEMENT OF CLAIMS

35. MEDICAL PROVIDER GIRON'S ASSESSMENT ALSO DISCONTINUED PRIOR MEDICATION FOR HEADACHES AND PRESCRIBED ANOTHER MEDICATION FOR HEADACHE PAIN AND SUFFERING, 500mg NAPROXEN TABLETS. MEDICAL PROVIDER GIRON ORDERED TO FOLLOW UP AT SICK CALL AS NEEDED AND FOLLOW UP AT CHRONIC CARE CLINIC AS WELL. (EXHIBIT

36. AS A RESULT OF THE ACTS OF THE DEFENDANT DESCRIBED IN PARAGRAPHS 8-35 ABOVE, THE PLAINTIFF SUFFERED PAIN AND SUFFERING, INJURIES, AND EMOTIONAL DISTRESS. INJURIES INCLUDE, TWO LACERATIONS, A BLOODY LIP, AND PAIN IN THE HEAD. THE FREQUENCY OF THE PAIN IN THE HEAD IS STILL OCCURING AND CONTINUING INTERMITTENTLY. PLAINTIFF ALSO SUFFERS FROM INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AS A RESULT OF THE ACTS OF THE DEFENDANT DESCRIBED IN PARAGRAPHS 8-35 ABOVE. THE PLAINTIFF IS SUFFERING MAJOR DEPRESSIVE DISORDER, ANXIETY DISORDER, PANIC ATTACKS, NIGHTMARES, AND P.T.S.D. PLAINTIFF NOW HAS TO RECEIVE COUNSELING FROM THE PRISON'S PSYCHOLOGY DEPARTMENT BI-WEEKLY.

V. EXHAUSTION OF LEGAL REMEDIES

37. PLAINTIFF SWAIN CLARKE USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE AT U.S.P. FLORENCE TO TRY AND SOLVE THE PROBLEM. ON AUGUST 17, 2021 PLAINTIFF SWAIN CLARKE PRESENTED THE FACTS RELATING TO THIS COMPLAINT. USING AN INFORMAL RESOLUTION FORM (BP-8) SUBMITTED TO CORRECTIONAL COUNSELOR R. MANN.

38. ON AUGUST 25, 2021 PLAINTIFF SWAIN CLARKE WAS SENT A RESPONSE SAYING THAT THE COMPLAINT CANNOT BE HANDLED AT THE BP-8 LEVEL.

ATTACHMENT 8

D. STATEMENT OF CLAIMS

39. ON AUGUST 25, 2021 PLAINTIFF SWAIN CLARKE SUBMITTED A BP-9 APPEALING THE RESPONSE OF THE GRIEVANCE TO THE WARDEN. ON OCTOBER 5, 2021 PLAINTIFF SWAIN CLARKE RECEIVED A RESPONSE FROM THE WARDEN SAYING, ALLEGATIONS OF STAFF MISCONDUCT HAVE BEEN REFERRED TO THE APPROPRIATE BUREAU COMPONENT FOR FURTHER REVIEW. IN THE EVENT YOU ARE NOT SATISFIED WITH THIS RESPONSE AND WISH TO APPEAL, YOU MAY DO SO WITHIN 20 CALENDER DAYS OF THIS RESPONSE BY SUBMITTING A BP-230(13) (BP-10) TO THE REGIONAL DIRECTOR AT THE NORTH CENTRAL REGIONAL OFFICE.

40. ON OCTOBER 7, 2021 PLAINTIFF SWAIN CLARKE SUBMITTED A BP-10 APPEALING THE RESPONSE OF THE WARDEN TO THE REGIONAL DIRECTOR. ON FEBRUARY 17, 2022 PLAINTIFF SWAIN CLARKE RECEIVED A RESPONSE FROM THE REGIONAL DIRECTOR VIA USPS MAIL SAYING, ALL ALLEGATIONS OF STAFF MISCONDUCT ARE TAKEN SERIOUSLY. YOUR ALLEGATIONS HAVE BEEN FORWARDED TO THE APPROPRIATE AUTHORITY FOR REVIEW. IF YOU ARE DISSATISFIED WITH THIS RESPONSE, YOU MAY APPEAL TO THE OFFICE OF GENERAL COUNSEL. YOUR APPEAL MUST BE RECEIVED IN THE OFFICE OF GENERAL COUNSEL WITHIN 30 DAYS FROM THE DATE OF THIS RESPONSE.

41. ON FEBRUARY 17, 2022 PLAINTIFF SWAIN CLARKE SUBMITTED A BP-11 APPEALING THE RESPONSE OF THE REGIONAL DIRECTOR TO THE OFFICE OF GENERAL COUNSEL. AN EXTENSION RESPONSE WAS DUE MAY 2, 2022. IF THE INMATE DOES NOT RECEIVE A RESPONSE WITHIN THE TIME ALLOTED FOR REPLY, INCLUDING EXTENSION, THE INMATE MAY CONSIDER THE ABSENCE OF A RESPONSE TO BE A DENIAL AT THAT LEVEL. 28 C.F.R. 542.18 (RESPONSE TIME)

ATTACHMENT 9

D. STATEMENT OF CLAIMS

42. ON OCTOBER 12, 2021, PLAINTIFF SWAIN CLARKE SUBMITTED AN ADMINISTRATIVE CLAIM ON FORM 95, CLAIM FOR DAMAGE, PERSONAL INJURY, OR DEATH, TO THE UNITED STATES FEDERAL BUREAU OF PRISONS, NORTH CENTRAL REGIONAL OFFICE, DEPARTMENT OF JUSTICE. THIS CLAIM WAS DENIED ON MARCH 23, 2022.

## VI. LEGAL CLAIMS

43. PLAINTIFF REALLEGE AND INCORPERATE BY REFERENCE PARAGRAPHS 1-42.

44. DEFENDANT SENIOR OFFICER B. BICKLE USED EXCESSIVE FORCE AGAINST PLAINTIFF SWAIN CLARKE BY SLAMMING HIS FACE AND HEAD INTO THE CONCRETE WHEN PLAINTIFF WAS IN HANDCUFFS AND WAS NOT VIOLATING ANY PRISON RULE OR PROHIBITED ACT; AND WAS NOT ACTING DISRUPTIVELY IN ANY WAY. DEFENDANT SENIOR OFFICER B. BICKLE'S ACTIONS VIOLATED PLAINTIFF SWAIN CLARKE'S RIGHTS AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND CAUSED PLAINTIFF SWAIN CLARKE PAIN, SUFFERING, PHYSICAL INJURY, AND EMOTIONAL DISTRESS.

## VII. COMMON-LAW CLAIMS AGAINST UNITED STATES

45. THE ACTIONS OF SENIOR OFFICER B. BICKLE SET FORTH IN PARAGRAPHS 8-36 CONSTITUTE ASSAULT AND BATTERY BOTH IN VIOLATION OF COLORADO COMMON LAW. UNDER THE FEDERAL TORT CLAIMS ACT, THE DEFENDANT UNITED STATES OF AMERICA IS LIABLE TO THE PLAINTIFF FOR THE UNLAWFUL ACTIONS OF SENIOR OFFICER B. BICKLE AS HE WAS ACTING WITHIN THE SCOPE OF HIS EMPLOYMENT AS A LAW ENFORCEMENT OFFICER OF THE UNITED STATES FEDERAL BUREAU OF PRISONS.

ATTACHMENT 10, D. STATEMENT OF CLAIM

G. REQUEST FOR RELIEF

46. THE ACTIONS OF OFFICER SENIOR B. BICKLE SET FORTH IN PARAGRAPHS 8-36 CONSTITUTE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED) IN VIOLATION OF COLORADO COMMON LAW. UNDER THE FEDERAL TORT CLAIMS ACT, THE DEFENDANT UNITED STATES OF AMERICA IS LIABLE TO THE PLAINTIFF FOR THE UNLAWFUL ACTIONS OF SENIOR OFFICER B. BICKLE AS HE WAS ACTING WITHIN THE SCOPE OF HIS EMPLOYMENT AS A LAW ENFORCEMENT OFFICER OF THE UNITED STATES FEDERAL BUREAU OF PRISONS.

### VIII. PRAYER FOR RELIEF

47. WHEREFORE, PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

48. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

49. COMPENSATORY DAMAGES IN THE AMOUNT OF $5,000,000.00 AGAINST DEFENDANT

50. PUNITIVE DAMAGES IN THE AMOUNT OF $5,000,000.00 AGAINST DEFENDANT.

51. FOR THE INJURIES THAT PLAINTIFF SUFFERED AS A RESULT OF THE CLAIMS STATED IN PARAGRAPHS 45-46. THE PLAINTIFF ASKS THE COURT TO HOLD DEFENDANT UNITED STATES OF AMERICA LIABLE FOR COMPENSATORY DAMAGES IN THE AMOUNT OF $5,000,000.00; AND THE COST OF THIS ACTION.

52. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

ATTACHMENT II

G. REQUEST FOR RELIEF

53. PLAINTIFFS COST IN THIS SUIT

54. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATED: MAY 27, 2022

RESPECTFULLY SUBMITTED,

SWAIN CLARKE
#59134-037
U.S.P. ATWATER
P.O. BOX 019001
ATWATER, CA 95301

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT ATWATER, CALIFORNIA
MAY 27, 2022

*Swain Clarke*
SWAIN CLARKE

SWAIN CLARKE # 59134-037
UNITED STATES PENITENTIARY ATWATER
P.O. BOX 019001
ATWATER, CA 95301

CERTIFIED MAIL®

7019 1640 0002 1550 7079

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK
901 19TH STREET, ROOM A105
DENVER, CO 80294

LEGAL MAIL

LEGAL MAIL          LEGAL MAIL

LEGAL MAIL          LEGAL MAIL